DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER GOTTLIEB,

                          Plaintiffs,

           -against-

METROPOLITAN TRANSPORT AUTHORITY, LONG
ISLAND RAILROAD, AND JAMES TREMAROLI, M.D.,
individually and as an aider and abettor,

                          Defendants.
-----------------------------------------------------------X

**STIPULATION OF DISMISSAL**

03 CV 2799 (DLI) (VVP)

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the complaint in the above captioned case be and hereby is dismissed pursuant to F. R. Civ. P. 41(a)(1), with prejudice and without costs to either party.

Dated: New York, New York
       May 10, 2005

FIEDELMAN GARFINKEL & LESMAN
*Attorneys for Defendants*
110 William Street
New York, NY 10038-3901
(212) 809-8000
Our File No.: NYNY – 22119

LAW OFFICE OF AMBROSE WOTORSON
*Attorney for Plaintiff*
26 Court Street, Suite 1811
Brooklyn, NY 11242
(718) 797-4861

ORDERED:

6/6/05